IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN LANCE CAINE,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D16-1147

v.

KAREN ANNETTE CAINE,
FORMER WIFE, AND REMAX
SOUTHERN REALTY,

Appellees.

_____/

Opinion filed August 3, 2017.

An appeal from the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

James M. Levy, James Levy, P.A., Miramar Beach, for Appellant.

No Appearance for Appellees.

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.